**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 3:25-93 |
| | ) | Judge Nora Barry Fischer |
| T.C. BLASKO, | ) | Magistrate Judge Christopher B. Brown |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this 29th day of April, 2026, upon consideration of the Report and Recommendation of United States Magistrate Judge Christopher B. Brown dated September 10, 2025, (Docket No. 27), recommending that Plaintiff Robert Davis' Second Amended Complaint be dismissed preservice for failure to state a claim and that leave to amend be denied, as futile, and ordering that any objections be filed within 14 days such that objections were due from non-ECF users like Plaintiff by September 29, 2025, the timely Objections filed by Plaintiff on September 19, 2025, (Docket No. 28), the matter having been reassigned to the undersigned for prompt disposition, and upon independent review of the record and de novo consideration of the Magistrate Judge's Report and Recommendation of September 10, 2025, (Docket No. 27),

IT IS HEREBY ORDERED that Plaintiff's Objections (Docket No. 28) are OVERRULED, as the Court finds that Plaintiff's objections rely on statutes, caselaw and sick call grievances that he previously provided to the Magistrate Judge and collectively do not establish that his Second Amended Complaint should not be dismissed for failure to state a claim or that leave to amend should be once again provided after he has repeatedly failed to plead sufficient

1

facts to state a plausible claim for relief against T.C. Blasko;

IT IS FURTHER ORDERED that the Report and Recommendation dated September 10, 2025 (Docket No. 27) is ADOPTED as the opinion of this Court,

IT IS FURTHER ORDERED that Plaintiff's Second Amended Complaint (Docket No. 15) is DISMISSED, for failure to state a claim and leave to amend is denied, for the reasons set forth in the Report and Recommendation; and,

FINALLY, IT IS ORDERED that an appropriate Judgment follows.

*s/ Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf:    United States Magistrate Judge Christopher Brown

cc:       ROBERT DAVIS
          EU4565
          SCI HOUTZDALE
          P.O. Box 1000
          209 Institution Drive
          Houtzdale, PA 16698-1000 (via U.S. First Class Mail)